No. 501. POWERS-KENNEDY CONTRACTING CORP. ET AL. *v.* CONCRETE MIXING AND CONVEYING Co. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit; and
No. 528. CONCRETE MIXING & CONVEYING Co. *v.* R. C. STORRIE & Co. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. December 10, 1928. The petitions for writs of certiorari in these cases are granted, the two cases to be heard as one.

*Messrs. John D. Morgan* and *Alan M. Jackson* for petitioners in No. 501. *Messrs. Stephen J. Cox* and *Lynn A. Williams* for respondent in No. 501. *Messrs. Lynn A. Williams, Stephen J. Cox, Clifford C. Bradbury,* and *Albert G. McCabe* for petitioner in No. 528. *Mr. Charles E. Townsend* for respondent in No. 528.